(February 8, 1974)

■ In the Matter of the Claim of CONO DAITO, Appellant, v. LAFAYETTE RADIO ELECTRONICS CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— *Motion to dismiss appeal from a referee's decision granted, without costs, on the ground that such decision is not appealable.*

Motion to dismiss appeal from a decision of the Workmen's Compensation Board, which directed that the case be restored to the referee's calendar for further development of the record and a decision on the completed record, granted, without costs, on the ground that no appeal lies from a nonfinal decision of the board. Greenblott, J. P., Cooke, Sweeney, Kane and Main, JJ., concur.